U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

OCT 18 2007

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT ANDREWS | DOCKET NO. 07-CV-1283; SEC. P |
| VERSUS | JUDGE DRELL |
| SHERIFF BILL BELT | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's request for appointment of counsel be **DENIED** and that his complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted, pursuant to 42 U.S.C. §1997e and 28 U.S.C. §1915(e)(2)(b)(i) and (ii).

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 18th day of October, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE